# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donnell Alexander Taylor,

    Petitioner,                             JUDGMENT IN A CIVIL CASE

vs.                                              3:09cv89

USA,

    Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/20/2009 Order.

                                                     Signed: July 20, 2009

                                                     Frank G. Johns, Clerk
                                                     United States District Court